FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 03, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CHELSEA MURPHY,

    Plaintiff,

v.

DAVID SEARS,

    Defendant.

NO: 2:18-CV-272-RMP

ORDER DISMISSING CLAIMS WITH PREJUDICE FOR FAILURE TO AMEND

On September 24, 2018, the Court entered an order dismissing *pro se* Plaintiff Chelsea Murphy's complaint without prejudice. ECF No. 8. This order was entered under the Court's obligation to screen complaints filed *in forma pauperis*. *See* 28 U.S.C. § 1915(e). Magistrate Judge John T. Rodgers granted Ms. Murphy *in forma pauperis* status based on Ms. Murphy's application. ECF No. 3. The Court ordered that Ms. Murphy amend the complaint within sixty days of the entry of the Court's order. ECF No. 8 at 8. The Court warned Ms. Murphy that a failure to amend the complaint within sixty days would result in dismissal of her complaint with

ORDER DISMISSING CLAIMS WITH PREJUDICE FOR FAILURE TO AMEND ~ 1

prejudice. *Id.* Ms. Murphy's sixty-day deadline passed on November 24, 2018, and Ms. Murphy failed to file an amended complaint.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint, **ECF No. 4**, is **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter a Judgment of dismissal with prejudice, provide a copies to Plaintiff, and **close this case**.

**DATED** December 3, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge